# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
UNITED STATES MARSHALL

2010 APR 14  A 9:14

EASTERN DISTRICT
OF VIRGINIA
ALEXANDRIA DIVISION

United States of America
v.
PHILLIP LEE KELLEY

)
)
)
)
)

Case No. 1:10CR135

*Defendant*

FILED
APR 15 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PHILLIP LEE KELLEY,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Date: 04/13/2010

*Issuing officer's signature*

Judith Lanham, Deputy Clerk
*Printed name and title*

City and state: Alexandria, VA

### Return

This warrant was received on *(date)* 4·14·10, and the person was arrested on *(date)* 4·14·10
at *(city and state)* Temple Hills, MD.

Date: 4·15·10

*Arresting officer's signature*

KELLY FITZGERALD GRAY
*Printed name and title*