# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2010 APR 16  P 4: 18 |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:09CR135 |
| JAMES LANCASTER, III, et al. | ) | CLERK US DISTRICT COURT |
| *Defendant* | ) | ALEXANDRIA, VIRGINIA |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States of America

Date:   04/16/2010

*Attorney's signature*

Scott B. Nussbum - USAO
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314

*Address*

Scott.B.Nussbum@usdoj.gov
*E-mail address*

(703) 299-3816
*Telephone number*

(703) 837-8242
*FAX number*