FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2010 APR 19 P 1:03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 10CR135 |
| PHILLIP KELLEY, | : | |
| Defendant. | : | |

### PRAECIPE

The Clerk of this Court will please enter the appearance of undersigned counsel on behalf of Phillip L. Kelley for proceedings in the United States Magistrate Court as may occur and be held in the United States Magistrate Court.

_____
MARVIN D. MILLER, ESQ.
Counsel for Defendant
1203 Duke Street
Alexandria, VA 22314
(703) 548-5000
VA BAR No. 1101

*The Law Offices of*
**MARVIN D. MILLER**
P.O. BOX 663 • ALEXANDRIA, VA 22313 • TELEPHONE (703) 548-5000 • FAX (703) 739-0179

1